35777. HILTS SOUTHERN EQUIPMENT COMPANY, INC. v. BASS.

PER CURIAM.

After further consideration, we have concluded that the writ of certiorari in this case was improvidently granted, and it is therefore dismissed.

*Dismissed. All the Justices concur, except Undercofler, C. J., and Bowles, J., who dissent.*

ARGUED JANUARY 21, 1980 — DECIDED APRIL 9, 1980.

*David M. Brown, William W. Gardner,* for appellant.
*William R. Carlisle,* for appellee.